Name of HIND-ROLPH & Co., Respondents, v. A. KLIPSTEIN & Co., Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BERTHA HELLMAN, as Administratrix, etc., of EDWARD HELLMAN, Deceased, Respondent, v. FRED SCHNEIDER, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS BLAKE, Respondent, v. THOMAS & BUCKLEY HOISTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., dissenting.

NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Respondent, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Smith, J., dissenting and voting for modification by reducing the judgment by six-thirty-fifths, the amount that has been paid on a fire loss.

EDWARD V. ODELL, Appellant, v. JOHN F. GILCHRIST, as Commissioner of Licenses of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY A. COCHRANE, Plaintiff, v. NEW YORK LIFE INSURANCE COMPANY, Defendant.— Exceptions overruled and judgment ordered to be entered on dismissal of complaint. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS E. HERZ, as Stockholder of the AUTOMOBILE MECHANICS CORPORATION, Suing for Himself and Others Similarly Situated, Respondent, v. AUTOMOBILE MECHANICS CORPORATION and Others, Defendants, Impleaded with EDWARD J. WELCH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS E. HERZ, as Stockholder of the AUTOMOBILE MECHANICS CORPORATION, Suing for Himself and Others Similarly Situated, Respondent, v. AUTOMOBILE MECHANICS CORPORATION and Others, Defendants, Impleaded with EDWARD H. GARCIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE BRONX GAS AND ELECTRIC COMPANY, Respondent, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, FIRST DISTRICT, and Others, Appellants, Impleaded with ADOLPH C. ANDERSEN and Others, Defendants.— Order modified by requiring plaintiff to give appropriate